Filed:  April 8, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6319
(5:03-cr-00299-BO-1)
_____


UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

v.

JASPER TUJUIAN ALLEN,

            Defendant – Appellant.


_____

O R D E R
_____


    Upon consideration of appellant's motion to amend opinion, the Court grants the motion and amends the first sentence of the text to read:  "Jasper Tujuian Allen appeals the district court's order denying his motion to reopen his sentence."


                        For the Court

                        /s/ Patricia S. Connor, Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6319**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JASPER TUJUIAN ALLEN,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:03-cr-00299-BO-1)

Submitted:  June 29, 2010            Decided:  July 16, 2010

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jasper Tujuian Allen, Appellant Pro Se.  Jennifer P. May-Parker,
Rudolf  A.  Renfer,  Jr.,  Assistant  United  States  Attorneys,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Tujuian Allen appeals the district court's order denying his motion to reopen his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Allen, No. 5:03-cr-00299-BO-1 (E.D.N.C. Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED